## UNITED STATES DISTRICT COURT
## MIDDLE OF FLORIDA
## TAMPA DIVISION

**JOSE HERNANDEZ and WILLIE HILL**
**on their own behalf and others similarly situated,**

    **Plaintiffs,**       **Case No. 8:14-cv-01902-VMC-AEP**

**v.**

**CRACKER BARREL OLD COUNTRY STORE, INC.**
**a Tennessee Corporation**

_____/

### JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

   The parties, through their undersigned counsel, hereby stipulate to dismissal without prejudice of the above-referenced action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Respectfully submitted on this 15th day of May, 2015

/s/ Gregg I. Shavitz       /s/ James M. Coleman
Greg I. Shavitz Esq., Fla. Bar No. 11398  John W. Campbell, Esq., FBN 198021
gshavitz@shavitzlaw.com     jcampbell@constangy.com
Alan L. Quiles, Esq., Fla. Bar No. 62431  Cherie L. Silberman, Esq., FBN 0015724
aquiles@shavitzlaw.com     csilberman@constangy.com
Shavitz Law Group, P.A.     Constangy, Brooks, Smith & Prophete, LLP
1515 S. Federal Highway, Suite 404   100 North Tampa Street, Suite 3350
Boca Raton, FL 333432     Tampa, Florida 33602
(561) 447-8888 / Fax: (561) 447-8831  (813) 223-7166 / Fax: (813) 223-2515

              and

James M. Coleman, Esq. (Bar Roll No. 502788)
Admitted pro hac vice
jcoleman@constangy.com
Maureen R. Knight. Esq. (Bar Roll No. 303144)
Admitted pro hac vice
mknight@constangy.com
Constangy, Brooks, Smith & Prophete, LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
Telephone:  (571) 522-6100
Facsimile:   (571) 522-6101
Attorneys for Defendant